# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NUMBER 4:20CR212 |
| | § | |
| MICHAEL ASSAD MARCOS (8) | § | |

## ORDER DENYING AS MOOT

Before the Court is Defendant, Michael Assad Marcos' Agreed Motion to Continue (Dkt. #148). Having reviewed and considered the motion, the Court is of the opinion that said motion should be **DENIED AS MOOT**. On February 2, 2021, the Court designated this case complex (Dkt. #142) and granted a continuance until *March 4, 2022* (Dkt. #143). It is therefore,

**ORDERED** that Defendant, Michael Assad Marcos' Agreed Motion to Continue (Dkt. #148) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

SIGNED this 4th day of March, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE