IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR212 |
| | § | Judge Mazzant |
| MICHAEL ASSAD MARCOS (4) | § | |

## MOTION TO DISMISS

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, requests leave of Court to dismiss the Fifth Superseding Indictment filed on May 5, 2021 against defendant **Michael Assad Marcos** in the interest of justice and with prejudice, in the above-entitled action.  This defendant is deceased.

Respectfully submitted,

BRIT FEATHERSTON
United States Attorney

___/s/_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on December 10, 2021.

___/s/_____
ERNEST GONZALEZ

**Motion to Dismiss – Page 1**